UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ARCHIE LEE PACE,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-01170 |
| **MONTGOMERY COUNTY, TN JAIL,** | ) |
| Defendant. | ) |

**ORDER**

By Order entered on November 17, 2023, the Court denied pro se Plaintiff Archie Lee Pace's Application for Leave to Proceed In Forma Pauperis (Doc. No. 4) Court ordered Plaintiff to pay the full civil filing fee with 30 days to proceed with this action. (Doc. No. 4). The Court warned Plaintiff that failure to comply with the Court's instructions would result in the dismissal of this action. (Id.)

Plaintiff has not submitted the full civil filing by the deadline imposed by the Court. An action is subject to dismissal for want of prosecution where the pro se litigant fails to comply with the court's orders or engages in a clear pattern of delay. Gibbons v. Asset Acceptance Corp., No. 1:05CV467, 2006 WL 3452521, at *1 (S.D. Ohio Nov. 29, 2006); see also Pilgrim v. Littlefield, 92 F.3d 413, 416 (6th Cir. 1996). District courts have the inherent power to sua sponte dismiss an action for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash Railroad, 370 U.S. 626, 630-31 (1962).

Accordingly, this action is hereby **DISMISSED** for failure to comply with the Order of the Court and for want of prosecution. Fed. R. Civ. P. 41(b).

Because an appeal would not be taken in good faith, Plaintiff is not certified to pursue an appeal from this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

1

This is the final order denying all relief in this case. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE